# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Arraignment/Detention Hearing

| Case Number: | 22cr298 JB | UNITED STATES vs. Joe | |
|---|---|---|---|
| Hearing Date: | 3/4/2022 | Time In and Out: | 12:02 p.m./12:28 p.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Digital Recording: | Hondo via Zoom |
| Defendant: | Randy Joe | Defendant's Counsel: | Alicia McConnell |
| AUSA: | Kimberly Brawley | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | N/A | | |

## Proceeding0073

| | |
|---|---|
| ☐ | First Appearance by Defendant |
| ☐ | Defendant waived appearance at Arraignment |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Motions due by: Thursday, March 24, 2022 |

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Parties agree Standing Discovery Order to be electronically entered | ☐ | Discovery Order previously entered | ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |

| | | | |
|---|---|---|---|
| ☒ | Case assigned to: Judge Browning | | |
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set |
| ☒ | The government seeks detention, requests the court take judicial notice of the pretrial services report; court takes judicial notice; USA-proffers detention; FPD-proffers release; USA-responds; court addresses USPSO officer; Officer Galaz responds; USA-responds; court findings. | | |

## Custody Status

| | |
|---|---|
| ☐ | Defendant |
| ☒ | Conditions of release imposed; defendant will remain detained pending bedspace at La Pasada Halfway House and COVID quarantine requirements. |

## Other

| | |
|---|---|
| ☒ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |